THE LAW OFFICE OF RICK S. COWLE, P.C.   **Hearing Date: June 27, 2019**
*Attorneys for Debtor*                  **Time:  9:15 A.M.**
18 Fair Street
Carmel, New York 10512
(845) 225-3026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:

    Chapter 13

    MICHAEL J GRIFFIN AND
    JANET L GRIFFIN,        Case No. 16-10202-1

    Debtors.
_____

## NOTICE OF MOTION TO HOLD CREDITORS
## IN CONTEMPT OF COURT

**PLEASE TAKE NOTICE** that the undersigned, being the attorney for the above referenced Debtors, will move the United States Bankruptcy Court, Northern District Of New York, Albany Division located at the US Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 330, Albany, NY  122070 on the 27th day of June, 2019 at 9:15 A.M., for an Order holding creditors Ulster Savings Bank ("Ulster"), McCormick 105 LLC ("McCormick") and McCormick's servicer BSI Financial Services, Inc. ("BSI") (collectively "Creditors"), in contempt of court under 11 U.S.C. § 105(a), along with Federal Rule Bankruptcy Procedure 9014 and 9020, and ordering that the Creditors pay damages to the Debtor in the form of actual damages, fees, punitive damages, sanctions and costs; and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be in writing, filed with the Bankruptcy Court, with a copy sent to the Chambers

of the Honorable Robert E. Littlefield, Jr.  and served upon the undersigned, at least seven (7) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order may be modified at or prior to the hearing to accommodate objections thereto by interested parties or for any other reason whatsoever and that, at the hearing, the Court may enter such Order as it deems appropriate in accordance with applicable law and required by the circumstances and equities of the case

Dated: Carmel, New York
June 4, 2019

Respectfully Submitted,

/s/ Rick S. Cowle
Rick S. Cowle, Esq.
The Law Office of Rick S. Cowle
*Attorneys for Debtor*
18 Fair Street
Carmel, NY 10512
(845) 225-3026

To:

Office of the United States Trustee
11A Clinton Avenue, Room 620
Albany, NY  12207

The United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330,
Albany, NY 122070
Attn: Clerk of the Court

Andrea E. Celli
Chapter 13 Trustee
7 Southwoods Blvd
Albany, NY 12211

Michael & Janet Griffin
2 Cortland Lane
Marlboro, NY 12542

Ulster Savings Bank
280 Wall Street
Kingston, NY 12401
Attn: President

Ulster Savings Bank
c/o Schiller, Knapp, Lekowitz & Hertzel, LLC
950 New Loudon Road, Suite 109
Latham, New York 12110

McCormick 105 LLC
11350 McCormick Road, Suite 902
Hunt Valley, MD 21031
Attn: President

McCormick 105 LLC
c/o Schiller, Knapp, Lekowitz & Hertzel, LLC
950 New Loudon Road, Suite 109
Latham, New York 12110

BSI Financial Services, Inc.
11350 McCormick Road
Executive Plaza II, Suite 903
Hunt Valley, MD 21031
Attn: President

BSI Financial Services, Inc.
c/o Schiller, Knapp, Lekowitz & Hertzel, LLC
950 New Loudon Road, Suite 109
Latham, New York 12110